**WO**

UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| FRANK L. CANEZ and ELIZABETH GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW GASTELUM, ROGER C. HEFNER and JANE DOE HEFNER, husband and wife, and MARICOPA COUNTY, a governmental entity,<br><br>Defendants. | NO. CIV 02-1387-PHX-MHM<br><br>**O R D E R** |

Pursuant to stipulation,

**IT IS HEREBY ORDERED** granting counsel a 30-day extension to and including through May 29, 2006, in which to file a Stipulation for Dismissal.

DATED this 1st day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge